UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: Darryl L. Smith

Debtor(s).

Case No. 20-10075
Chapter 13

## LOSS MITIGATION AFFIDAVIT OF DEBTOR(S) AND CERTIFICATE OF SERVICE

STATE OF   NEW YORK   ) ss.:
COUNTY OF   ALBANY   )

I, _____William F. Berglund_____, being sworn, say: I am not a party to this action, am over 18 years of age, and reside in _____East Greenbush_____, ___New York___.

Instructions:

(1) Complete, as is appropriate, either Part A: Request for Documents/Information by Debtor(s) or Part B: Debtor(s)' Response to Request for Documents/Information.
(2) Complete Part C: Loss Mitigation Contact Information, unless the information was provided in the Loss Mitigation Request by Debtor(s) and Certificate of Service.
(3) Complete Part D: Certificate of Service.

**On behalf of Debtor(s):**

*Part A: Request for Documents/Information by Debtor(s)*

On _____, 20____, I served a true and accurate copy of the Debtor(s)' Request for the following documents/information:

☐ A copy of Debtor(s)' payment history;

☐ Other (please specify): _____

_____
_____
_____.

1

LM:6(06/12/2013)

*Part B: Debtor(s)' Response to Request for Documents/Information*

On _____April 2_____, 20 21 , I served a true and accurate copy of the Debtor(s)' Response to Creditor's Request for documents/information, including the following:

☒ A copy of the Debtor(s)' two (2) most recent federal income tax returns;

☒ A copy of the Debtor(s)' last two (2) paycheck stubs, proof of social security income, pensions, or any other income received by the Debtor(s);

Or, if the Debtor(s) is/are self-employed:

A copy of the Debtor(s)' Profit and Loss Statements, setting forth a breakdown of the monthly income and expenses for the Debtor(s)' business (es), for the two (2) most recent months of _____ and _____;

☒ A completed copy of the Creditor's Financial Worksheet;

☐ Proof of second/third party income by affidavit of the party, including the party's last two (2) paycheck stubs;

☒ Other (please specify): Form 4506-C, Form 4506-T, and

Statement of Information

*Part C: Loss Mitigation Contact Information*

The Loss Mitigation contact information for the Attorney for the Debtor(s) is as follows:

Name: William F. Berglund

Title: Attorney for debtor

Firm: O'Connell and Aronowitz

Address: 54 State Street

Address 2: _____

City: Albany      State: NY   Zip Code: 12207

Phone No.: (518) 462-5601      Facsimile No.: (518) 462-2670

Email Address: wberglund@oalaw.com

*Part D: Certificate of Service*

On _____April 5_____, 20 21 , I served a true and accurate copy of the above Loss Mitigation Affidavit by Debtor(s)—

—by notice of electronic filing (NEF) via the CM/ECF system upon the following parties at the email addresses listed below:

William F. Berglund on behalf of Debtor Darryl L Smith wberglund@oalaw.com, bkcourtdocs@oalaw.com;slustylk@oalaw.com

Andrea E. Celli-Trustee
inquiries@ch13albany.com, legal@ch13albany.com

Andrew David Goldberg on behalf of Creditor Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A
Andrew@nyfclaw.com

Tracy Schreiber-Banks on behalf of Creditor Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A
tracy.banks@roachlin.com, bankruptcy@roachlin.com

Alan Smikun on behalf of Creditor Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A
alansm@nyfclaw.com

U.S. Trustee
USTPRegion02.AL.ECF@USDOJ.GOV

LM:6(06/12/2013)                                  3

—by first class mail upon the following parties at the addresses listed below:

(Debtor), Darryl L. Smith, 320 Kinglsey Road, Burnt Hills, NY 12027

Wilmington Savings Fund Society, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Rd, Anaheim, CA 92806

—by certified mail upon the following parties at the addresses listed below:

Dated: _____April 5_____, 20 _21_

_____Albany_____, New York

_____
Name

Sworn to before me this

_5th_ day of ___April___, 20 _21_

_____
Notary Public, State of New York

ANNETTE L. KEECH
Notary Public, State of New York
Qualified in Albany County
No: 01KE5021559
Commission Expires December 20, 20_21_

4

LM:6(06/12/2013)