UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: Darryl L Smith

Case No. 20-10075-1-rel
Chapter 13

Debtor(s).

## LOSS MITIGATION STATUS REPORT

This Loss Mitigation Status Report is submitted pursuant to the court's Loss Mitigation Program Procedures.

### PART I — GENERAL INFORMATION

a. Full description of the Property:
320 Kingsley Road Burnt Hills, NY 12027

| b. Name and address of Creditor: | Name, address, and telephone number of Creditor's attorney: |
|---|---|
| Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A<br>c/o Carrington Mortgage Services LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806<br><br>Has Creditor filed a proof of claim?<br>☑ Yes  ☐ No | Andrew Goldberg, Esq.<br>The Margolin & Weinreb Law Group, LLP<br>165 Eileen Way, Suite 101<br>Syosset, New York 11791<br>516-921-3838 |

(LM:08 Loss Mitigation Status Report rev. 03-15-2016)

# PART II — LOSS MITIGATION PROGRAM

a. On  03/01/2021  , a Loss Mitigation Request was filed by:

   ☑ Debtor(s).                           ☐ Other party: _____.

   ☐ Creditor.                            ☐ The court raised the possibility of Loss Mitigation.

b. Loss Mitigation Order:

   ☑ A Loss Mitigation Order was entered on  03/02/2021 .

   ☑ The Loss Mitigation Order was served on  03/02/2021 .

c. At this time, the Debtor(s) is/are:

   ☐ making on-going post-petition monthly mortgage payments in the amount of $_____

      ☐ directly to the Creditor.

      ☐ to the standing trustee.

   ☑ not making on-going post-petition monthly mortgage payments.

d. If the underlying bankruptcy case is one filed under chapter 12 or 13, has a plan been confirmed?

   ☑ Yes   ☐ No

e. Creditor served a Request for Information and Documents on  03/17/2021 .

   Debtor(s) served a Response to the Creditor's Request on  04/02/2021 .

   ☑ All Information and Documents have been produced.

   ☐ The following Information and Documents are still outstanding:

   _____

   _____.

f. Debtor(s) served a Request for Information and Documents on _____.

   Creditor served a Response to the Debtor(s)' Request on _____.

   ☐ All Information and Documents have been produced.

   ☐ The following Information and Documents are still outstanding:

   _____

   _____.

g. The Loss Mitigation Parties have participated in  1   Loss Mitigation Session(s) and:

☐ A resolution has been reached.

☐ A resolution has not been reached because:

Trial payment period pending (see below)

h. Prior Loss Mitigation Status Report (if applicable):

A Prior Loss Mitigation Status Report was submitted on 08/13/2021 .

A Prior Loss Mitigation Status Report was submitted on _____ .

A Prior Loss Mitigation Status Report was submitted on _____ .

i. Additional information relevant to the Loss Mitigation Parties reaching a final resolution:

Debtor was offered a new trial period plan by the Creditor on August 18, 2021, which has

been accepted. Good faith payment iao $1,770.00 due 9/1/21; trial payments iao $885.00

due 10/1/21 & 11/1/21. Debtor's counsel advised $885.00 paid on 9/1/21 & $885.00 to be

paid on 9/10/21.

## PART III — OTHER MORTGAGES/LIENS AGAINST THE PROPERTY

Dated: 09/08/2021

Name  Andrew Goldberg, Esq.
Firm  The Margolin & Weinreb Law Grp
Attorney(s) for ~~Debtor(s)~~/Creditor
Address  165 Eileen Way, Suite 101 Syosset, New York 11791
Telephone Number  516-921-3838
Email Address  andrew@nyfclaw.com
N.D.N.Y. Bar Roll Identification No. 511420

(LM:08 Loss Mitigation Status Report rev. 03-15-2016)