B 10S2 (Supplement 2) (12/11)

# UNITED STATES BANKRUPTCY COURT

Northern District of New York

In re **Darryl L Smith**,
Debtor

Case No. **20-10075**

Chapter 13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F

**Court claim no.** (if known): 7-1

**Last four digits** of any number you use to identify the debtor's account: 0505

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

X No
☐ Yes. Date of the last notice: _____ (mm/dd/yyyy)

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney fees | | (3) $ |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | 3/27/2020 | (5) $ 425.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify:_____ | each date must be included for each inspection | (10) $ |
| 11. Other. Specify: | | (11) $ |
| 12. Other. Specify: | | (12) $ |
| 13. Other. Specify: | | (13) $ |
| 14. Other. Specify: | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

B 10S2 (Supplement 2) (12/11)                                                                                                                              Page 2

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.

X I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘ /s/ Diane Tran
Signature

Date 4/23/2020
mm/dd/yyyy

**Print:** Diane Tran
First Name    Middle Name    Last Name

Title Authorized Agent

Company    Leipold,, Harrison, & Associates PLLC

Address    701 Highlander Blvd, Ste 200
Number    Street
Arlington, TX 76015
City    State    ZIP Code

Contact phone 800.349.1254        Email dtran@lha-law.com

UNITED STATES BANKRUPTCY COURT
Northern District of New York

*In Re:* Darryl L Smith

Case No. 20-10075

**Debtor(s)**

Chapter 13

**CERTIFICATE OF SERVICE**

I hearby certify that on 4/23/2020, a true and correct copy of the foregoing Post-Petition Fee Notice was served upon all interested parties pursuant to the Court's CM/ECF system.

By: /s/Diane Tran

Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust C/O Carrington Mortgage Services, LLC 701 Highlander Blvd, Ste 200 Arlington, TX 76015. 682-808-5370

Debtor through the debtor's attorney of record
Darryl L Smith
320 Kingsley Road
Burnt Hills, NY 12027

Debtor's Counsel
William F. Berglund
O'Connell and Aronowitz
54 State St.
Albany, NY 12207

Trustee
Andrea E. Celli-Trustee
Chapter 13 Standing Trustee
7 Southwoods Boulevard
Albany, NY 12211

US Trustee
Office of the U.S. Trustee
Leo W. O'Brien Federal Building
11A Clinton Ave, Room 620
Albany, NY 12207

